# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4362
_____

TALAL TANWEED DONALDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

February 12, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.